**Johnny GONZALEZ, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2009–3173.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2009.

Andrew J. Dhuey, of Berkeley, California, argued for petitioner.

Arlene P. Groner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin Hockey, Assistant Director.

RADER, ARCHER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.